```
McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Donald C. Winter,
    Secretary, United States Department of the Navy
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD L. PORTER, | 1:07-cv-00825-AWI-SMS |
| Plaintiff, | **STIPULATION FOR ORDER SEALING DOCUMENTS** |
| v. | [Local Rule 39-141] |
| DONALD C. WINTER, Secretary, U.S. Department of the Navy, | |
| Defendant. | |

Defendant Secretary of the Navy ("Defendant") and Plaintiff Ronald L. Porter ("Plaintiff") hereby stipulate, by and through their respective counsel, to seal certain documents pursuant to Local Rule 39-141. The documents at issue are a part of Plaintiff's employment file, but are sensitive in nature. The documents consist of 3 related documents, totaling seven pages, copies of which will be manually filed consistent with Local Rule 39-141(c). Although the documents may or may not be exempt from disclosure under the routine use provision of the Privacy Act,

1

**STIPULATION FOR ORDER SEALING DOCUMENTS**

see 5 U.S.C. 552a(b); 32 CFR part 701, subpart G, the parties agree that federal law permits the records to be sealed.  The parties request Court endorsement of this stipulation by way of formal order.

                                      Respectfully submitted,

Dated: June 19, 2008.        LAW OFFICE OF ELAINE W. WALLACE
                                         (As auth. 06-17-08)

                                      /s/ Elaine W. Wallace
                                      By: Elaine W. Wallace
                                      Attorneys for Plaintiff

Dated: June 19, 2008.        McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Jeffrey J. Lodge
                                      By: Jeffrey J. Lodge
                                          Assistant U.S. Attorney
                                      Attorneys for Defendant

**ORDER**

    THE ABOVE REFERENCED DOCUMENTS ARE HEREBY SEALED AND THE PARTIES AND THE CLERK ARE HEREBY ORDERED TO TREAT THE DOCUMENTS AS SEALED CONSISTENT WITH LOCAL RULE 39-141 UNTIL ORDERED OTHERWISE.

IT IS SO ORDERED.

**Dated:   June 23, 2008**                /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

**STIPULATION FOR ORDER SEALING DOCUMENTS**