```
McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Donald C. Winter,
Secretary, United States Department of the Navy
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD L. PORTER, ) | 1:07-cv-00825-AWI-SMS |
| Plaintiff, ) | **EX PARTE MOTION TO APPROVE STIPULATION FOR ORDER SEALING DOCUMENTS; Order** |
| v. ) | |
| DONALD C. WINTER, Secretary, ) U.S. Department of the Navy, ) | [Local Rule 39-141] |
| Defendant. ) | |

Defendant Secretary of the Navy ("Defendant") and Plaintiff Ronald L. Porter ("Plaintiff") hereby move the Court for an order pursuant to Local Rule 39-141 to file documents under seal. The documents at issue are a part of Plaintiff's employment file, but are sensitive in nature. The parties have stipulated, by and through their respective counsel, to seal certain documents pursuant to Local Rule 39-141. The documents consist of 3 related documents, totaling seven pages, copies of which will be

1

**EX PARTE MOTION TO APPROVE STIPULATION FOR ORDER SEALING DOCUMENT; ORDER**

1  manually filed consistent with Local Rule 39-141(c).  They will
2  be separately authenticated and referred to occasionally
3  throughout the case up to and including trial if necessary and
4  will be used in a motion to be filed by the United States within
5  approximately 3-10 days.  Although the documents may or may not
6  be exempt from disclosure under the routine use provision of the
7  Privacy Act, <u>see</u> 5 U.S.C. 552a(b); 32 CFR part 701, subpart G,
8  the parties agree that federal law permits the records to be
9  sealed.  The parties request that the Court endorse this
10 stipulation by way of formal order.  The signed Stipulation is
11 attached hereto as Exhibit "A".

                                          Respectfully submitted,

Dated: June 19, 2008.         McGREGOR W. SCOTT
                                      United States Attorney

                                      <u>/s/ Jeffrey J. Lodge</u>
                                      By: Jeffrey J. Lodge
                                      Assistant U.S. Attorney
                                      Attorneys for Defendant

**ORDER**

    THE ABOVE REFERENCED DOCUMENTS ARE HEREBY SEALED AND THE PARTIES AND THE CLERK ARE HEREBY ORDERED TO TREAT THE DOCUMENTS AS SEALED CONSISTENT WITH LOCAL RULE 39-141 UNTIL ORDERED OTHERWISE.

IT IS SO ORDERED.

**Dated:  June 23, 2008**                    **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

**EX PARTE MOTION TO APPROVE STIPULATION FOR ORDER SEALING DOCUMENT; ORDER**