IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>              Plaintiff,<br><br>    v.<br><br>DONALD C. WINTER, Secretary,<br>U.S. Department of the Navy<br><br>              Defendants. | 1:07-CV-00825-AWI-SMS<br><br>ORDER VACATING HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

     Defendant's motion to dismiss and/or for summary judgment has been set for hearing in this case on August 18, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 18, 2008, is VACATED, and the parties shall not appear at that time. As of August 18, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **August 15, 2008**                  **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE