IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONALD C. WINTER, Secretary,<br>U.S. Department of the Navy<br><br>　　　　Defendant. | NO. 1:07-CV-00825-AWI-SMS<br><br>ORDER VACATING<br>NOVEMBER 24, 2008<br>HEARING DATE AND<br>TAKING MATTER UNDER<br>SUBMISSION |

Defendant's motion for summary judgment or partial summary adjudication of Plaintiff's damage claims has been set for hearing in this case on November 24, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 24, 2008, is VACATED, and the parties shall not appear at that time. As of November 24, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　November 18, 2008　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE