```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JEFFREY J. LODGE (SBN 152205)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Defendant B.J. Penn,
         Acting Secretary, United States Department of the Navy
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER, | 1:07-cv-00825-AWI-SMS |
| Plaintiff, | |
| v. | NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER |
| B.J. PENN, Acting Secretary, U.S. Department of the Navy, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that B.J. Penn has replaced Donald C. Winter as Acting Secretary of the Navy. Accordingly, pursuant to Fed. R. Civ. P. 26(d)(1), B.J. Penn is substituted as defendant, and all further proceedings in this action "shall be in the name of the substituted party."

Dated: May 4, 2009.　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　By:　/s/Jeffrey J. Lodge
　　　　　　　　　　　　　　　　　　JEFFREY J. LODGE
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

1
**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER**

**ORDER**

IT IS SO ORDERED.

**Dated:   May 6, 2009**                    /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE