| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | J. EARLENE GORDON |
| | Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2991 |
| 5 | Attorneys for Defendant |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD L. PORTER, | 1:07-cv-00825-AWI-SMS |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE THE SCHEDULING ORDER** |
| v. | |
| RAY MABUS, Secretary of the Navy, | |
| Defendant. | |

Plaintiff Ronald L. Porter and Defendant Ray Mabus, Secretary of the Navy, by and through their respective counsel, and request the Court to vacate all deadlines and dates in the Court's Scheduling Order, for the reason that, as discussed in the June 16, 2011 conference, there are ongoing discovery issues being addressed by the parties which will necessitate additional time to complete, and the deadlines contained in the Scheduling Order cannot be met. At the direction of the Court, the parties are working on a Proposed Order addressing those discovery issues, which should be filed shortly.

Although the parties are proceeding with due diligence, it is apparent that vacation of the deadlines in the Scheduling Order is necessary to resolve these serious pending issues before the Court, and to enable the parties to effectively prepare for a trial of this case, or, if appropriate, to participate in the ADR process.

The parties make this motion in good faith, and not for the purpose of vexation or delay.

The parties also request that this case be set for a new scheduling/status conference in October at the first available Court date, with the parties to appear by telephone.

Respectfully Submitted,

Dated: August 12, 2011

  /s/ Elaine W. Wallace
By: Elaine W. Wallace [SBN 784811]
Attorneys for plaintiff
Ronald L. Porter

Dated: August 12, 2011           BENJAMIN B. WAGNER
United States Attorney

By:   /s/ J. Earlene Gordon
J. EARLENE GORDON
Assistant U.S. Attorney
Attorney for Defendant

## ORDERED

All previously set dates are hereby Ordered Vacated and a **'New'** Telephonic Scheduling/Status Conference hearing is set for Friday, October 21, 2011 at 10:00 A.M. before Judge Snyder. A conference call will be placed that morning to 559-499-5690, when all the parties are on the line. A JOINT Scheduling Conference Report is due one week prior to October 21, 2011 hearing.

IT IS SO ORDERED.

Dated: August 15, 2011       /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE