**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RONALD L. PORTER,** | ) | **1:07-CV-0825 AWI SMS** |
| | ) | |
| **Plaintiff,** | ) | **ORDER REGARDING** |
| **v.** | ) | **MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| | ) | |
| **B.J. PENN,** | ) | **(Document #122)** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

On November 15, 2010, Defendant filed a motion for summary judgment. On December 13, 2010, during a status conference with Magistrate Judge Sandra M. Snyder, Defendant withdrew his motion for summary judgment. See Document #127. However, an administrative review of the docket in this action reveals that the November 15, 2010 motion has been termed as an outstanding motion.

Accordingly, Defendant's motion is DENIED as withdrawn and the Clerk of the Court is DIRECTED to term this motion.

IT IS SO ORDERED.

Dated:    September 9, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE