```
LAW OFFICES OF ELAINE W. WALLACE
ATTORNEYS AT LAW
ELAINE W. WALLACE, SBN 78481
2430 Palmetto Street, Suite 2
Oakland, CA 94602-2923
Telephone: 510-530-9616

ATTORNEY FOR PLAINTIFF
RONALD L. PORTER


BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2991

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>            Plaintiff,<br><br>     vs.<br><br>RAY MABUS, Secretary,<br>Department of the Navy,<br><br>            Defendant. | Case No. 1:07-cv-00825-AWI-SMS<br><br>Stipulation and Protective Order<br><br><br><br>Dated: 17 January 2012 |

The parties stipulate as follows and request the Court enter the appropriate orders moving the close of discovery:

The initial close of discovery was 31 January 2012 (Doc. 146) but, because of the outstanding orders regarding the 16 June 2011 discovery motion hearing (Doc. 135), close of discovery was continued until 29 February 2012 (Doc. 149).

//

/

1   Plaintiff has filed two new discovery motions (Docs. 150 & 153), scheduled to be heard on 22 February 2012 [Defendant's failure to provide due diligence declarations in violation of the court's instructions, guidance and orders (Doc. 153)] and 29 February 2012 [Defendant's failure to comply with the court's minutes of 21 June 2011 (Doc. 150)].

   These three outstanding orders impact Plaintiff's ability to take meaningful depositions within the limited time left.

   The parties have met and conferred, and hereby stipulate that the close of discovery needs to be moved to 31 March 2012.

                                      Respectfully submitted,

Dated:  17 January 2012

                                      /s/ ELAINE W. WALLACE
                                      Elaine W. Wallace
                                      Attorney for Plaintiff, Ronald L. Porter

Dated:  17 January 2012               BENJAMIN B. WAGNER
                                      United States Attorney

                                      By:  /s/ J. Earlene Gordon
                                           J. EARLENE GORDON
                                           Assistant U.S. Attorney
                                           Attorney for Defendant


                                    **ORDER**

   Close of discovery is continued from 2/29/12 (Doc. 149) to 3/30/12.

IT IS SO ORDERED.

**Dated:   January 18, 2012          /s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE