# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>    Plaintiff,<br><br>    v.<br><br>RAY MABUS, Secretary,<br>Department of the Navy,<br><br>    Defendant.<br>_____/ | CASE NO. 1:07-cv-00825-AWI-SMS<br><br>**ORDER REQUESTING SUBMISSION OF DISPUTED STIPULATION OF PROTECTIVE ORDER AS MOTION FOR PROTECTIVE ORDER** |

    Four discovery motions are now pending before this Court (Docs. 129, 150, 153, and 156). In the course of reviewing the parties' memoranda of points and authorities in these motions, the Court has become aware that one source of delay in the resolution of the discovery disputes in this action is the parties' inability, despite meeting and conferring in good faith, to reach agreement on a protective order addressing the privacy interests of current and former Navy employees (other than Plaintiff[1]) in certain documents to be produced by Defendant in response to Plaintiff's discovery request. In addition, both the motions themselves and the supporting documents reveal substantial deterioration in the parties' abilities to resolve this dispute through independent negotiation. Because resolution of this issue unnecessarily delays resolution of the pending discovery motions, the parties are ordered to submit to the Court a

///

---

[1] Plaintiff's privacy interest in his employment records has previously been protected by a Stipulation for Order Sealing Documents (Doc. 21).

1

stipulated protective order regarding the personnel records on or before Wednesday, March 7, 2012.

In the event the parties are unable to mutually resolve their dispute by March 7, 2012, counsel for Defendant is directed to submit a motion, in conformity with N.J.Civ.P. 26(c) and Local Rule 141, requesting that the Court seal the documents in question. If a motion for sealing is submitted to the Court, each party shall submit a brief statement of points and authorities, not to exceed a total of ten (10) pages, setting forth the nature of the disagreement and his position on its resolution on or before March 7, 2012.

IT IS SO ORDERED.

**Dated:   February 28, 2012**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE