UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>        Plaintiff,<br><br>   v.<br><br>RAY MABUS, Secretary, Department of the Navy,<br><br>        Defendant, | CASE NO. 1:07-CV-0825 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MAY 14, 2012 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiff Porter has filed a motion for reconsideration of the Magistrate Judge's discovery order. Defendant Mabus has filed an opposition. Plaintiff has filed a reply. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 14, 2012 is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

**IT IS SO ORDERED.**

Dated:    May 8, 2012                  _/s/ signature_
                                             **CHIEF UNITED STATES DISTRICT JUDGE**