IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER, | CASE NO. 1:07-cv-00825-AWI-SMS |
| Plaintiff, | |
| v. | **ORDER EXTENDING DISCOVERY DEADLINE (Doc. 187)** |
| RAY MABUS, Secretary, U.S. Department of the Navy, | |
| Defendant. | |

The Court having read and considered the parties' Stipulation for Extension of Discovery Deadline, and for good cause shown,

IT IS HEREBY ORDERED that the discovery deadline is extended from July 31, 2012, to and through August 31, 2012, for the sole purpose of completing the deposition of Richard Cracraft.

There are presently pending two (2) motions for reconsideration [Docs. 175, 186] of prior discovery orders [Docs. 175, 183]. Should additional depositions be approved by any decision on the motions for reconsideration or any further motions, the discovery cut-off date of August 31, 2012, will be vacated.

IT IS SO ORDERED.

Dated:   **May 30, 2012**               **/s/ Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE

1