# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>        Plaintiff,<br><br>v.<br><br>RAY MABUS, Secretary, Department of the Navy,<br><br>        Defendant, | CASE NO. 1:07-CV-0825 AWI SMS<br><br>ORDER VACATING HEARING DATE OF JULY 16, 2012 AND TAKING MATTER UNDER SUBMISSION |

Plaintiff Porter has filed a motion for summary adjudication and a motion for reconsideration of the Magistrate Judge's discovery order. Docs. 176 and 190. Defendant Mabus opposes both motions. Plaintiff has filed replies. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 16, 2012 is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: _____July 12, 2012_____ _____
                                      CHIEF UNITED STATES DISTRICT JUDGE