# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD L. PORTER,** | **CASE NO. 1:07-CV-0825 AWI SMS** |
| **Plaintiff** | **ORDER VACATING HEARING DATE OF JANUARY 6, 2014** |
| **v.** | |
| **RAY MABUS, Secretary, Department of the Navy,** | |
| **Defendant** | |

Plaintiff has made a motion seeking interlocutory appeal. Doc. 200. Defendant opposes the motion. Doc. 201. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 6, 2014, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: January 2, 2014

_____
SENIOR DISTRICT JUDGE