# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD C. WINTERS, et al.,<br><br>　　　　Defendants. | Case No. 1:07-cv-00825-AWI-SAB<br><br>ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION OF THE PARTIES<br><br>(ECF No. 231) |

On March 24, 2017, the parties filed a stipulation to amend the scheduling order in this action. (ECF No. 231.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the August 18, 2016 scheduling order is amended as follows:

1. Joint Pretrial Statement Deadline: May 3, 2017;
2. Motions in Limine Deadline: May 10, 2017;
3. Oppositions to Motions in Limine Deadline: May 24, 2017; and
4. All other dates and aspects of the August 18, 2016 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **March 28, 2017**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1