# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER, | CASE NO. 1:07-cv-00825 AWI-SAB |
| Plaintiff, | ORDER RE JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES TO PROVIDE TIME TO REACH A SETTLEMENT |
| v. | |
| SEAN STACKLEY, | (ECF No. 235) |
| Defendant. | |

On April 21, 2017, the parties filed a stipulation to amend the scheduling order in this action so they may pursue settlement. Based on the stipulation of the parties, the dates in the scheduling order are HEREBY AMENDED as follows:

1. Joint Pretrial Statement — October 20, 2017
2. Motions in Limine — November 3, 2017
3. Oppositions to Motions in Limine — November 17, 2017
4. Final Pretrial Conference & Hearing on Motions in Limine — January 12, 2018, 10 a.m.
5. Trial Brief — February 27, 2018
6. Trial (approx. 10 days) — March 27, 2018, 8:30 a.m.

IT IS SO ORDERED.

Dated: **April 21, 2017**

UNITED STATES MAGISTRATE JUDGE