PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant Sean Stackley,
Acting United States Secretary of the Navy

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>          Plaintiff,<br><br>     v.<br><br>SEAN STACKLEY, Acting United States Secretary of the Navy,<br><br>          Defendant. | CASE NO. 1:07-cv-00825 AWI SAB<br><br><br>**ORDER** |

NOTICE IS HEREBY GIVEN that Sean Stackley has replaced Ray Mabus as Acting  United

States Secretary of the Navy.  Accordingly, pursuant to Fed. R. Civ. P. 25(d), Sean Stackley is

substituted as Defendant, and all further proceedings in this action shall "be in the substituted party's

name."

Respectfully submitted,

DATED:  April 20, 2017                  PHILLIP A. TALBERT
United States Attorney

                            By:  */s/ Chi Soo Kim*
                                CHI SOO KIM
                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  April 21, 2017                    _____

SENIOR  DISTRICT  JUDGE