# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN STACKLEY, et al.,<br><br>　　　　Defendants. | Case No. 1:07-cv-00825-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF Nos. 238, 239)<br><br>THIRTY DAY DEADLINE |

On June 11 and 12, 2017, the parties filed a stipulation for compromise settlement and release of claims in this action. Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **June 13, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1