# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN STACKLEY, et al.,<br><br>    Defendants. | Case No. 1:07-cv-00825-AWI-SAB<br><br>ORDER SUBSTITUTING DEFENDANT<br><br>(ECF No. 244) |

On March 20, 2018, Defendant filed a notice that Richard V. Spencer has replaced Sean Stackley as the United States Secretary of the Navy. Pursuant to Federal Rule of Civil Procedure 25, "[a]n action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d).

Accordingly, IT IS HEREBY ORDERED that Richard V. Spencer is substituted for Sean Stackley as a defendant in this action.

IT IS SO ORDERED.

Dated: **April 30, 2018**

UNITED STATES MAGISTRATE JUDGE

1